UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SECURITES AND EXCHANGE COMISSION,<br><br>              Plaintiff,<br><br>     v.<br><br>JAMES L. ERWIN and JOINT VENTURES SOLUTIONS, INC.,<br><br>              Defendants. | Case No. 2:14-cv-00623-APG-PAL<br><br>**ORDER**<br><br>(Mtn. for Leave to Appear - Dkt. #2) |

This matter is before the court on the Motion to Permit Appearance of Government Attorney (Dkt. #2). The court has considered the Motion.

The United States of America seeks an order, pursuant to LR IA 10-3, permitting attorneys Timothy N. England, Stephen W. Simpson, and Stephen L. Cohen to practice before this court on behalf of the Securities and Exchange Commission, in this case and for the duration of their employment with the United States. The Motion represents that Mr. England, Mr. Simpson, and Mr. Cohen are attorneys with the Securities and Exchange Commission, an agency of the federal government. Mr. England is a member in good standing of the California State Bar, and Mr. Simpson and Mr. Cohen are members in good standing of the District of Columbia Bar. LR IA 10-3 provides that any non-resident attorney who is a member in good standing of the highest court of any state, commonweath, territory, or the District of Columbia, who is employed by the United States as an attorney shall, upon motion, be permitted to practice in this court on behalf of the government. *See* LR IA 10-3. Thus, good cause exists to allow these attorneys to appear before the court in this case. The court will, however, require the government to file applications to appear in each case in which Messieurs England, Simpson, and Cohen want to appear.

1  Having reviewed and considered the matter,

2  **IT IS ORDERED** that the Motion to Permit Appearance (Dkt. #2) is GRANTED to the
3  extent that attorneys Timothy N. England, Stephen W. Simpson, and Stephen L. Cohen may
4  appear in this action on behalf of the Securities and Exchange Commission.

5  DATED this 19th day of May, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE